IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT S. WAITS and | ) | |
| JUDY ANN CHOCKLEY, Power of Attorney | ) | |
| for Robert S. Waits, | ) | |
| | ) | Civil No. 3:10-0127 |
| Plaintiffs, | ) | Judge Trauger |
| | ) | |
| v. | ) | |
| | ) | |
| DICKSON COUNTY, TENNESSEE, | ) | |
| JASON THOMPSON, individually and in his | ) | |
| official capacity as a Dickson County Deputy | ) | |
| Sheriff, and DANIEL BAKER, individually and | ) | |
| in his official capacity as a Dickson County | ) | |
| Deputy Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

A case management conference was held on March 8, 2011. It is hereby **ORDERED** that the discovery deadline in this case is extended and **RESET** for May 13, 2011.

It is so **ORDERED**.

ENTER this 8th day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge